IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00489-BNB

ELLIS DANIEL BASTIAN,

      Plaintiff,

v.

JOSEPH FORTUNATO, MD,
BRIAN WEBSTER, Physician Assistant,
JOAN STOCK, Physician Assistant,
KATHY RITTENHOUSE, Physician Assistant,
CATHY HOLST, ADA Inmate Coordinator, and
ANN COOPER, Prison Operations,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 1 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

      Plaintiff, Ellis Daniel Bastian, is in the custody of the Colorado Department of
Corrections and currently is incarcerated at the Sterling, Colorado, Correctional Facility.
Mr. Bastian has filed a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983. The
Court must construe the Complaint liberally because Mr. Bastian is a *pro se* litigant.
*See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106,
1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's
advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Bastian will
be ordered to file an Amended Complaint.

      The Court has reviewed the Complaint filed by Mr. Bastian and finds that it is
deficient. Mr. Bastian fails to allege facts to demonstrate that each named defendant
personally participated in the asserted constitutional violations. Mr. Bastian asserts

three claims. In support of each of the claims, Plaintiff refers to defendants in general as the individuals responsible for failing to provide him with adequate medical treatment. Although in Section "A. Parties" Plaintiff asserts claims against each named Defendant, he fails to state specifically what each Defendant did to violate his constitutional rights.

Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Bastian must show that each named defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Therefore, Mr. Bastian will be directed to file an Amended Complaint that alleges how each named defendant personally participated in the asserted constitutional violation. In order for Mr. Bastian to state a claim in federal court, the Amended "[C]omplaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Bastian file **within thirty days from the date of this Order** an original and sufficient copies of an Amended Complaint that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Bastian, together with a copy of this Order, two copies of the Prisoner Complaint form for use in filing the Amended Complaint. It is

FURTHER ORDERED that if Mr. Bastian fails to file an original and sufficient copies of an Amended Complaint that complies with this Order to the Court's satisfaction, within the time allowed, the action will be dismissed without further notice.

DATED March 21, 2008, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  08-cv-00489-BBNB

Ellis Daniel Bastian
Prisoner No.  63341
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

   I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _3/21/08_____

GREGORY C. LANGHAM, CLERK

By:_____
       Deputy Clerk