FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 4 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00489-REB-MEH

ELLIS DANIEL BASTIAN,

    Plaintiff,

v.

JOSEPH FORTUNATO, M.D.,
BRIAN WEBSTER, Physician Assistant,
JOAN STOCK, Physician Assistant,
KATHY RITTENHOUSE, Physician Assistant,
CATHY HOLST, ADA Inmate Coordinator, and
ANN COOPER, Prison Operations,

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

    This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

    2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these

documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated April 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00489-REB-MEH

Ellis D. Bastian
Doc No. 63341
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Joseph Fortunato, Brian Webster, Joan Stock, Kathy Rittenhouse, Cathy Holst, and Ann Cooper- **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joseph Fortunato, Brian Webster, Joan Stock, Kathy Rittenhouse, Cathy Holst, and Ann Cooper; and to John Suthers: AMENDED COMPLAINT FILED 4/18/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/24/08.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk