IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00489-REB-MEH

ELLIS DANIEL BASTIAN,

    Plaintiff,

v.

JOSEPH FORTUNATO, M.D.,
BRIAN WEBSTER, Physician Assistant,
JOHN STOCK, Physician Assistant,
KATHY RITTENHOUSE, Physician Assistant,
CATHY HOLST, ADA Inmate Coordinator, and
ANN COOPER, Prison Operations,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 10, 2008.**

    Defendants' Motion to Stay Discovery [Filed July 10, 2008; Docket #20] is **granted**. Defendants have raised the defense of qualified immunity in response to Plaintiff's claims and have filed a Motion to Dismiss based on the same defense. The United States Supreme Court has reiterated that, because qualified immunity is not simply immunity from liability but also immunity from suit, discovery cannot proceed until the question of immunity is resolved. *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("Until this threshold immunity question is resolved, discovery should not be allowed"). Thus, discovery must be stayed pending the resolution of Defendants' Motion to Dismiss.

    Discovery in this case is hereby stayed, and the Preliminary Scheduling/Status Conference set for August 6, 2008 is **vacated**. Defendants are directed to file a status report within five business days of a receiving a final ruling on the Motion to Dismiss if any claims remain pending.