IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 08-cv-00489-REB-MEH

ELLIS DANIEL BASTIAN,

    Plaintiffs,

v.

JOSEPH FORTUNATO, M.D.,
BRIAN WEBSTER, Physician Assistant,
JOHN STOCK, Physician Assistant,
KATHY RITTENHOUSE, Physician Assistant,
CATHY HOLST, ADA Inmate Coordinator, and
ANN COOPER, Prison Operations,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation on Defendants' Motion To Dismiss** [#38], filed October 2, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Defendants' Motion To Dismiss** [#38], filed

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

October 2, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendants' **Motion To Dismiss** [#18], filed June 26, 2008, is **GRANTED**;

3. That plaintiff's **Motion to Appoint Counsel** [#33], filed September 9, 2008, is **DENIED AS MOOT**;

4. That plaintiff's claims against defendant are **DISMISSED WITH PREJUDICE**;

5. That judgment **SHALL ENTER** on behalf of defendants, Joseph Fortunato, M.D., Brian Webster, Physician Assistant, John Stock, Physician Assistant, Kathy Rittenhouse, Physician Assistant, Cathy Holst, ADA Inmate Coordinator, and Ann Cooper, Prison Operations, and against plaintiff, Ellis D. Bastian, on all claims and causes of action; and

6. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated October 24, 2008, at Denver, Colorado.

                                            **BY THE COURT:**

                                            s/ Robert E. Blackburn
                                            **Robert E. Blackburn**
                                            **United States District Judge**